BEFORE THE SECOND DIVISION, SEPTEMBER 2, 1965

No. 69527.—Balfour Guthrie & Co., Ltd., et al. *v.* United States, protests 63/3480, etc. (Savannah).

SEPTEMBER 2, 1965

BEFORE THE FIRST DIVISION, SEPTEMBER 7, 1965

BEFORE THE SECOND DIVISION, SEPTEMBER 7, 1965

No. 69531.—Balfour Guthrie & Co., Ltd., et al. *v.* United States, protests 62/19218, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of galvanized wire, not over twenty one-hundredths and not under eight one-hundredths of an inch in diameter, commonly used for fencing purposes, the claim of the plaintiffs was sustained.